IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------

IRIS RIVERA,

        Plaintiff,

  -vs-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

------------------------------------------------

: CASE NO. 1:13 CV 00602
:
: <u>ORDER ADOPTING THE</u>
: <u>MAGISTRATE JUDGE'S REPORT AND</u>
: <u>RECOMMENDATION AND AFFIRMING</u>
: <u>THE COMMISSIONER'S DECISION</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  Plaintiff Iris Rivera filed a complaint challenging the Commissioner of Social Security's final decision denying her claim for Disability Insurance Benefits. This matter was automatically referred to United States Magistrate Judge Vernelis K. Armstrong pursuant to Local Civil Rule 72.2(b). In a Report and Recommendation dated 1 November 2013, Magistrate Judge Armstrong recommended that the final decision of the Commissioner be affirmed. (Doc. 11).

  Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the Report and Recommendation to which a timely objection is made.

In this instance, no objections have been filed. Therefore, Magistrate Judge Armstrong's recommendation is accepted and the Commissioner's decision is affirmed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: Nov 21, 2013